**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SUZANNE STAHL, | : | No. 462 MAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| CHRISTIAN STAHL, | : | |
| Petitioner | : | |
| | | |
| SUZANNE STAHL, | : | No. 463 MAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| CHRISTIAN STAHL, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.